# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEMETRICE JOHNSON

NO. 2024 KW 0160

**APRIL 19, 2024**

---

In Re: Demetrice Johnson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-14-0526.

---

**BEFORE: THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that on January 19, 2024, the district court acted on relator's motion to enforce plea agreement, filed on or about June 29, 2023, and a certified copy of the ruling was sent to relator on February 26, 2024.

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT